UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 24-10006-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESUS REYES REYES,

    Defendant.

_____/

## DEFENDANT'S OBJECTIONS TO THE PRESENCE INVESTIGATION REPORT

COMES NOW the Defendant JESUS REYES REYES, by and through his undersigned counsel and pursuant to Administrative Order 95-02 and U.S.S.G. §6A1.3, hereby files these, his objections to the Presentence Investigation Report (hereinafter "PSI") and as grounds therefore would state as follows:

1. On August 23, 2024, this Defendant pled guilty to plead guilty to Count 37 of the Indictment, which charges him with illegal reentry by a previously removed alien, in violation of Title 8, United States Code, Sections 1326(a).

2. Currently, sentencing in this matter is set for January 9th, 2025, at 2:00 p.m. at the United States Courthouse before the Honorable Judge Michael Moore.

3. The Defendant objects to Paragraph 42 in the **Personal and Family Data** section of the PSR. His brother's name is not **Daniel**, it is **Dario.**

4. The. Defendant objects to Paragraph 46 which describes him as a "white, Hispanic male". The defendant is of mixed race and is commonly referred to as "Mestizo".

WHEREFORE, the Defendant JESUS REYES REYES respectfully requests that the PSI be corrected. accordingly.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 30th day of December 2024.

Respectfully submitted,

LAW OFFICES OF VICTOR E. ROCHA, P.A.
Attorney for Defendant
9100 S. Dadeland Blvd
Suite #1500
Miami, Florida 33156
Tel.: (305) 774-9111
E-Mail: *rochalaw@gmail.com*

/s/ *Victor E. Rocha, Esq.*
By: VICTOR E. ROCHA, ESQUIRE
Florida Bar No.: 366382