UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 24-10006-CR-MOORE

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

    JESUS REYES REYES,

     Defendant.

_____/

## NOTICE OF FILING

     Undersigned counsel hereby files a medical letter regarding the Defendant's child and will be used at time of sentencing as Defense Sentencing Exhibit 1.

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the foregoing was filed using the CM/ECF Filing System this 9th day of January 2025.

**LAW OFFICES OF VICTOR E. ROCHA, P.A.**
9100 S. Dadeland Blvd, # 1500
Miami, Florida 33156
Tel: (305) 774-9111
Fax: (305) 514-0987
Email: rochalaw@gmail.com

BY: /s /*Victor E. Rocha, Esq.*
    VICTOR E. ROCHA, ESQ.
    Florida Bar No. 366382