

LONGWOOD PRIMARY CARE CENTER
300 LONGWOOD AVE
BOSTON MA 02115-5724

Date January 8, 2025
Jacob E Reyesvillar
Date of birth 12/27/17

Re Jesus Reyes Reyes
Date of birth 8/5/14

To Whom it May Concern,

Jacob E Reyesvillar has been under my care since birth. He has medical diagnoses that include history of infantile spasms, food and medication allergies, ADHD, learning issues, anxiety and depression. He also has Lichen Plenus and concern for psoriatic arthritis.

He is followed in BCH Dept of Primary Care and Neurology, Genetics, Dermatology and Rheumatology, and Dental.

His medications include:
Focalin, Epipen, Hydrocortisone Cream, tacrolimus (Protopic) 0.1 % ointment, riboflavin (vitamin B2) 100 mg tablet tablet and magnesium oxide (Mag-Ox) 250 mg

Jacob and his mother could benefit greatly by the daily presence of his father. His

father's absence has impacted him negatively, worsening his anxiety and depressio He has experienced bullying at school, and is receiving school based counseling.

Thank you for your kind consideration of this important family matter.

.Jane Hopkins-Walsh Ph.D. PNP-BC,RN
Primary Care Center Longwood
Beeper 0738

MyChart® licensed from Epic Systems Corporation© 1999 - 2025

Sent from my iPhone