UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF LORIDA
CASE NO.: 24-10006-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JESUS REYES REYES,

    Defendant.
_____/

## MOTION TO AMEND JUDGMENT

COMES NOW, the Defendant, JESUS REYES REYES, by and though his undersigned counsel, and respectfully files this his Motion to Amend Judgment [D.E. 90] entered on January 9, 2025 an in support of this motion would show unto this court as follows:

1. The Defendant was sentenced before the Honorable Judge Michael Moore on January 9, 2025.

2. The undersigned counsel did not state in open court the recommendation to the Federal Facility of Coleman on behalf of the Defendant.

3. The undersigned counsel would like to request to amend the judgment to state the recommendation of the facility listed herein.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court to amend the Judgment entered on January 9, 2025 to include the recommendation to the Coleman Facility on behalf of the Defendant.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing was filed with the Clerk of Court, on this 22nd day of January 2025.

Respectfully submitted,

**LAW OFFICES OF VICTOR E. ROCHA, P.A.**
Attorney for Defendant REYES REYES
9100 S. Dadeland Blvd, Suite 9100
Miami, Florida 33156
Tel: (305) 774-9111
Email: rochalaw@gmail.com


By: */s/ Victor E. Rocha, Esq.*
    **VICTOR E. ROCHA, ESQ.**
    **FLORIDA BAR NO.: 366382**